Ernst Smith, Appellant, v. Emilie C. Stork and Reba Tyler Jackson, as Administratrix of Susan M. Van Namee, Deceased, Respondents.— Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within twenty days and pay the respondents ten dollars costs; on compliance, motion to dismiss the appeal will be denied and the case placed at the foot of the present calendar. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Walter B. Solinger, by Sidney Lowenthal, His Guardian ad Litem, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Maurice I. Strunsky and Henry Davidson, Respondents, v. Louis Minsky, Appellant.— Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Emma A. Townsend, Individually and as Administratrix, etc., and Others, Appellants, v. Jennie F. Pendleton, Individually and as Executrix, etc., Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Joseph Winograd, Plaintiff, v. Samuel Epstein, Defendant.—Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Louis Zolotorofe, Respondent, v. Joseph Sacoder, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within twenty days and pay the respondent ten dollars costs; on compliance, motion to dismiss the appeal will be denied and the case placed at the foot of the present calendar. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Charles H. Brown Paint Company, Respondent, v. Samuel Cohn and Simon Cohn, Appellants.— Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within twenty days and pay the respondent ten dollars costs; on compliance, the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Donat Cefola, Respondent, v. Siegel-Cooper Company, Appellant.— Motion granted, with costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Donlon Contracting Company, Respondent, v. The City of New York, Appellant. (Actions 1, 2 and 3.)— Motions to dismiss appeals granted, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

John Higgins, Appellant, v. Sarah C. Powell and Others, Respondents.— Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within twenty days and pay the respondents ten dollars costs; on compliance, the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Michael Hope, Respondent, v. Scranton and Lehigh Coal Company, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.